**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          ) | 15-7064MJ |
| Plaintiff,          ) | |
|          ) | **ORDER OF DETENTION** |
| vs.          ) | |
|          ) | |
| Scott Alan Maynard,          ) | |
| Defendant.          ) | |
|          ) | |

A detention hearing on the Petition on Supervised Release were held on March 13, 2015.

The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a serious flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

DATED this 16th day of March, 2015.

John Z. Boyle
United States Magistrate Judge